FILED
2005 Mar-07 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY WAYNE GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  2:03-cv-00877-SLB-HGD |
| | ) |
| SEVEN UNKNOWN D.E.A. AGENTS, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 2005, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  Plaintiff filed objections on February 14, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court finds that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be

**GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

   **DONE** this 7th day of March, 2005.


                                          _____
                                          SHARON LOVELACE BLACKBURN
                                          UNITED STATES DISTRICT JUDGE